1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  LEON REYES,                           Case No. 1:17-cv-01065-SAB

12          Plaintiff,

                                          ORDER TO SHOW CAUSE WHY THIS ACTION
13      v.                                SHOULD NOT BE DISMISSED FOR FAILURE
                                          TO COMPLY WITH COURT ORDER AND
14  COMMISSIONER OF SOCIAL                FAILURE TO PROSECUTE
    SECURITY,
15                                        SEVEN DAY DEADLINE
            Defendant.
16

17

18          On August 8, 2017, Plaintiff filed the present action in this court seeking review of the

19  Commissioner's denial of an application for benefits.   On August 14, 2017, the Court issued a

20  scheduling order.  (ECF No. 5.)  The scheduling order states that if Defendant does not agree to a

21  remand, then Plaintiff shall file an opening brief within 30 days of the date of service of

22  Defendant's confidential letter brief.  Defendant served her confidential letter brief on March 2,

23  2018.  (ECF No. 12.)  Plaintiff's opening brief was due on April 2, 2018.  However, Plaintiff did

24  not file an opening brief in compliance with the August 14, 2017 scheduling order.

25          Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

26  Rules or with any order of the Court may be grounds for imposition by the Court of any and all

27  sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

28  control its docket and may, in the exercise of that power, impose sanctions where appropriate,

1

including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within seven (7) days of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 9, 2018**      _____
UNITED STATES MAGISTRATE JUDGE