# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON REYES,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:17-cv-01065-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 13, 15) |

    On August 8, 2017, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. On April 9, 2018 the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute based upon the failure to file an opening brief in compliance with the August 14, 2017 scheduling order. Plaintiff filed a response on April 17, 2018. While the Court is unaware of similar issues with counsel here, the Court has issued multiple orders addressing similar failures to comply with deadlines by other attorneys within the Law Offices of Lawrence D. Rohlfing. See Rutledge v. Comm. of Soc. Sec., No. 17-cv-00366-SAB (E.D. Cal. Feb. 6, 2018); Fast v. Colvin, No. 1:17-cv-00086-SAB (E.D. Cal. Feb. 15, 2017); Clark v. Comm. of Soc. Sec., No. 1:16-cv-00437-SAB (E.D. Cal. Mar. 29, 2017); Campbell v. Comm. Soc. Sec., No. 1:17-cv-00500-SAB (E.D. Cal. May 11, 2017). Since the Court finds that counsel has not recently had

1

similar failures to comply, the order to show cause shall be discharged.  However, counsel is advised that similar failures will be noted in the future.

Accordingly, IT IS HEREBY ORDERED that the order to show cause filed April 9, 2018 is DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 18, 2018**

UNITED STATES MAGISTRATE JUDGE