# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01065-SAB<br><br>ORDER REMANDING ACTION TO COMMISSIONER OF SOCIAL SECURITY<br><br>(ECF No. 17) |

Plaintiff Leon Reyes filed this action for review of the final decision of the Commissioner of Social Security on August 8, 2017. On May 16, 2018, the parties filed a stipulation for remand pursuant to sentence four of 42 U.S.C. § 405(g) ("stipulation for remand"). (ECF No. 17.) Based upon the parties' stipulation for remand, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand. The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and close this action.

IT IS SO ORDERED.

Dated: __**May 16, 2018**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1