Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Leon Reyes

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON REYES, | Case No.: 1:17-cv-01065-SAB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Leon Reyes be awarded attorney fees in the amount of two thousand seven-hundred seventy-five dollars ($2,775.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Leon Reyes, the government will consider the matter of Leon Reyes's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Leon Reyes, but if the Department of the Treasury determines that Leon Reyes does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Leon Reyes.[1] Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Leon Reyes's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Leon Reyes and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///

///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 14, 2018     Respectfully submitted,

                        LAW OFFICES OF LAWRENCE D. ROHLFING

                        /s/ *Cyrus Safa*
BY:_____
            Cyrus Safa
            Attorney for plaintiff Leon Reyes

DATED: August 14, 2018     MCGREGOR W. SCOTT
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ *Marcelo N. Illarmo*
                                     _____
                                     MARCELO N. ILLARMO
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant NANCY A.
                                     BERRYHILL, Acting Commissioner of Social
                                     Security (Per e-mail authorization)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of two thousand seven-hundred seventy-five dollars ($2,775.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 are awarded to Plaintiff as set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: **August 15, 2018**

UNITED STATES MAGISTRATE JUDGE